

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| JOHN M. STEVENSON, | | No. 08-16-00017-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| V. | | County Court at Law No. 1 |
| | § | |
| FRANKLIN GARDEN APARTMENTS, | | of Travis County, Texas |
| | § | (TC# C-1-CV-15-006636) |
| Appellee. | § | |

## **MEMORANDUM OPINION**

Pending before the Court is a joint motion to dismiss the appeal and release funds in the court registry because the parties have settled the dispute between them. *See* TEX.R.APP.P. 42.1(a)(1). The parties also request that the Court expedite consideration of the motion. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal, and we further order the District Clerk of Travis County to release to Franklin Garden Apartments the funds paid into the registry of the court for the purpose of superseding the judgment. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d). Further, we order the Clerk of this Court to issue the mandate immediately. *See* TEX.R.APP.P. 18.1(c).

January 20, 2017

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.